Todd C. Ringstad (State Bar No. 97345)
Nanette D. Sanders (State Bar No. 120169)
RINGSTAD & SANDERS LLP
2030 Main Street, 12th Floor
Irvine, CA 92614
Telephone: (949) 851-7450
Facsimile: (949) 851-6926

Proposed General Insolvency Counsel for
Debtor and Debtor-in-Possession, PacSun, LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVSION

In re

PacSun, LLC, a California Limited Liability Company,

Debtor and
Debtor-in-Possession.

CASE NO. LA 06-16225 ER

Chapter 11 Proceeding

**ORDER AUTHORIZING THE EMPLOYMENT OF JACKSON, DEMARCO, TIDUS & PECKENPAUGH AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 11 DEBTOR, PACSUN, LLC**

(No Hearing Required)
[Local Bankruptcy Rule 2014-1(b)(1)]

The Court, having considered the Application to Employ Jackson, DeMarco, Tidus & Peckenpaugh (the "Firm") as Special Litigation Counsel for Chapter 11 Debtor, PacSun, LLC. (the Application"), to which no objection was filed, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

1. The Debtor is authorized to employ the Firm pursuant to 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure, including its members, associate attorneys and attorneys of counsel, as the Debtor's special litigation counsel, for the purposes set forth in the Application, with compensation to be at the expense of the estate in such amount as the Court may hereafter allow in accordance with 11 U.S.C. §§ 330 or 331, effective as of November 29, 2006.

2. That the Debtor is authorized to pay monthly invoices for fees and costs so long as no timely objection to payment has been filed by any party within 10 days after service of a Professional Fee Statement upon the Debtor, the United States Trustee, or any official creditors' committee or its counsel, or the twenty largest creditors if no committee has been appointed, and any parties requesting special notice; and

3. The Firm shall file fee applications on a periodic basis and, in the event that the Firm has received payment for any amounts that are ultimately disallowed by the Court, shall promptly disgorge such amounts for the benefit of the Debtor.

DATED: **JAN 25 2007** ~~, 2007~~

*[signature]*

THE HONORABLE ERNEST M. ROBLES
UNITED STATES BANKRUPTCY JUDGE

439802.2

- 2 -

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

On January 19, 2007, I served the foregoing document described as **ORDER AUTHORIZING THE EMPLOYMENT OF JACKSON, DEMARCO, TIDUS & PECKENPAUGH AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 11 DEBTOR, PACSUN, LLC.** on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows or as otherwise indicated:

SEE ATTACHED SERVICE LIST

(XX) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(  ) By personal service, I caused such envelope to be delivered by hand to the above *addressee(s).

(  ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the addressee(s) shown on the attached service list.

(  ) By facsimile machine I caused the above-referenced document(s) to be transmitted to the plaintiff's counsel in this action at the telecopier numbers shown on the attached service list.

(  ) By email, I caused the above-referenced document(s) to be transmitted to the *above-named person(s) at the above email addresses.

I declare that I am employed in the office of a member of the bar of this court at whose direction this filing and declaration was made.

Executed on January 19, 2007, at Irvine, California.

_____
Arlene Martin

POS

Alan J. Friedman, Esq.
Irell & Manella LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324

Comerica Bank, MC 4605
Attn: Cyndee Herles
2321 Rosecrans
Suite 5000
El Segundo, CA 90245

Daniel Keith Winton
4685 MacArthur Court
Suite 450
Newport Beach, CA 92660

Edward A. Galloway
Jackson, DeMarco, Tidus & Peck
2030 Main Street
Suite 1200
Irvine, CA 92614

Mark Fotheringham, Accounts Re
Creditors Committee
ACI
13300 Citrus Street
Corona, CA 92880

Golden Valley Ranch Task Force
27143 Crystal Springs Rd.
Canyon Country, CA 91387

Alexis Hassell, Accounting Ass
Creditors Committee
Li & Associates Inc.
77 Rolling Oaks Drive, Suite 2
Thousand Oaks, CA 91361

Mark C. Schnitzer, Esq.
Reid & Hellyer, APC
Atty for Altfillisch Contractc
P.O. Box 1300
Riverside, CA 92502-1300

Michael L. Tuchin
Klee, Tuchin, Bogdanoff & Ster
1999 Avenue of the Star
39th Floor
Los Angeles, CA 90067-6049

Office of the U.S. Trustee
725 South Figueroa Street
26th Flr
Los Angeles, CA 90017

PacSun, LLC
2 North Lake Avenue
Suite 800
Pasadena, CA 91101

Richard W. Brunette, Esq.
Sheppard, Mullin, Richter & Ha
333 South Hope Street
48th Floor
Los Angeles, CA 90071

Robert James Comer
Armbruster & Goldsmith LLP
10940 Wilshire Boulevard
Suite 2100
Los Angeles, CA 90024

William Roberts, Corporate Cou
Creditors Committee
Stantec Consulting Inc.
19 Technology Drive
Irvine, CA 92618

Santa Clarita Organization for
P.O. Box 110
Burbank, CA 91503

Steven N. Bloom/Craig A. Welin
Frandzel Robins Bloom & Csato,
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, CA 90048-4920

**NOTICE TO USERS OF THIS FORM:**
Physically attach this form as the last page of the proposed Order or Judgment.
Do not file this form as a separate document.

| In re:. | CHAPTER 11 CASE NUMBER: |
|---|---|
| PACSUN, LLC. | LA 06-16225 ER |
| Debtor and Debtor in Possession | |

**NOTICE OF ENTRY OF JUDGMENT OR ORDER
AND CERTIFICATE OF MAILING**



RECEIVED JAN 19 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 116(1)(a)(iv), that a judgment or order entitled (specify):

**ORDER AUTHORIZING THE EMPLOYMENT OF JACKSON, DEMARCO, TIDUS & PECKENPAUGH AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 11 DEBTOR, PACSUN, LLC.**

was entered on (specify date): 1/25/07

I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on 1/25/07.

Dated: 1/25/07

JON DAVID CERETTO
Clerk of the Bankruptcy Court

By: _____
       Deputy Clerk

Alan J. Friedman, Esq.
Irell & Manella LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324

Comerica Bank, MC 4605
Attn: Cyndee Herles
2321 Rosecrans
Suite 5000
El Segundo, CA 90245

Daniel Keith Winton
4685 MacArthur Court
Suite 450
Newport Beach, CA 92660

Edward A. Galloway
Jackson, DeMarco, Tidus & Peck
2030 Main Street
Suite 1200
Irvine, CA 92614

Mark Fotheringham, Accounts Re
Creditors Committee
ACI
13300 Citrus Street
Corona, CA 92880

Golden Valley Ranch Task Force
27143 Crystal Springs Rd.
Canyon Country, CA 91387

Alexis Hassell, Accounting Ass
Creditors Committee
Li & Associates Inc.
77 Rolling Oaks Drive, Suite 2
Thousand Oaks, CA 91361

Mark C. Schnitzer, Esq.
Reid & Hellyer, APC
Atty for Altfillisch Contractc
P.O. Box 1300
Riverside, CA 92502-1300

Michael L. Tuchin
Klee, Tuchin, Bogdanoff & Ster
1999 Avenue of the Star
39th Floor
Los Angeles , CA 90067-6049

Office of the U.S. Trustee
725 South Figueroa Street
26th Flr
Los Angeles , CA 90017

PacSun, LLC
2 North Lake Avenue
Suite 800
Pasadena, CA 91101

Richard W. Brunette, Esq.
Sheppard, Mullin, Richter & Ha
333 South Hope Street
48th Floor
Los Angeles , CA 90071

Robert James Comer
Armbruster & Goldsmith LLP
10940 Wilshire Boulevard
Suite 2100
Los Angeles , CA 90024

William Roberts, Corporate Cou
Creditors Committee
Stantec Consulting Inc.
19 Technology Drive
Irvine, CA 92618

Santa Clarita Organization for
P.O. Box 110
Burbank, CA 91503

Steven N. Bloom/Craig A. Welin
Frandzel Robins Bloom & Csato,
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles , CA 90048-4920

Todd C. Ringstad
2030 Main Street
Suite 1200
Irvine, CA 92614